1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney
2
     BRIAN STRETCH (CABN 163973)
3    Chief, Criminal Division

4    KATHRYN R. HAUN (DCBN 484131)
         Assistant United States Attorney
5        450 Golden Gate Avenue
         San Francisco, California  94102
6        Telephone: (415) 436-6740
         E-Mail: Kathryn.Haun@usdoj.gov
7
     Attorneys for the United States
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12                         SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,          )    Criminal No.: 09 CR 0909 MHP
                                        )
14            Plaintiff,                )
                                        )
15        v.                            )
                                        )    [PROPOSED] ORDER EXCLUDING
16   ISAIAS ENRIQUE CORTES-             )    TIME FROM OCTOBER 5, 2009, TO
     RODRIGUEZ,                         )    NOVEMBER 2, 2009
17       a/k/a Isaias Enrique Cortez,   )
         a/k/a Isaias Enrique Cortes,   )
18                                      )
                                        )
19            Defendant.                )
     _____)
20

21

22        The parties appeared before the Honorable Marilyn Hall Patel on October 5, 2009 and

23   October 19, 2009.  On the motion of the parties, the Court found and held as follows:

24        1.  An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 5,

25   2009, to October 19, 2009, in light of the need for continuity of counsel and effective preparation

26   of the case by defendant's counsel.  Failure to grant the requested continuance would

27   unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

28   into account the exercise of due diligence and the need for counsel to conduct further

     [PROPOSED] ORDER EXCLUDING TIME
     CR 09-0909 MHP

investigation. Failure to grant the requested continuance would also deny the defendant continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 5, 2009, to October 19, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties again appeared before the Honorable Marilyn Hall Patel on October 19, 2009. On the motion of the parties, the Court found and held as follows:

3. An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 19, 2009, to November 2, 2009, in light of the need for effective preparation of the case by defendant's counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation. Failure to grant the requested continuance would also deny the defendant continuity of counsel.

4. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 19, 2009 to November 2, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 5, 2009 to November 2, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: October 19, 2009

_____
/s/
KATHRYN R. HAUN
Assistant U.S. Attorney

_____
/s/
Jesse J. Garcia
Laura K. Deskin
Counsel for Defendant

IT IS SO ORDERED:

Date: October 23, 2009

[PROPOSED] ORDER EXCLUDING TIME
CR 09-0909 MHP                    2

UNITED STATES DISTRICT COURT
APPROVED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA

1    IT IS SO ORDERED.

2

3    DATED:_____                    _____
                                              THE HON. MARILYN HALL PATEL
4                                             United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXCLUDING TIME
CR 09-0909 MHP                        3