```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  KATHRYN R. HAUN (DCBN 484131)
        Assistant United States Attorney
 5      450 Golden Gate Avenue
        San Francisco, California  94102
 6      Telephone: (415) 436-6740
        E-Mail: Kathryn.Haun@usdoj.gov
 7
    Attorneys for the United States
 8
 9                        UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11
12                              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )   Criminal No.: 09 CR 0909 MHP
                                        )
14         Plaintiff,                   )
                                        )
15      v.                              )
                                        )   [PROPOSED] ORDER EXCLUDING
16  ISAIAS ENRIQUE CORTES-              )   TIME FROM NOVEMBER 2, 2009, TO
    RODRIGUEZ,                          )   NOVEMBER 30, 2009
17      a/k/a Isaias Enrique Cortez,    )
        a/k/a Isaias Enrique Cortes,    )
18                                      )
                                        )
19         Defendant.                   )
    _____)
20
21
            The parties appeared before the Honorable Marilyn Hall Patel on November 2, 2009.
22
    On the motion of the parties, the Court found and held as follows:
23
            1.  An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November
24
    2, 2009, to November 30, 2009, in light of the need for effective preparation of the case by
25
    defendant's counsel.  Failure to grant the requested continuance would unreasonably deny
26
    defense counsel reasonable time necessary for effective preparation, taking into account the
27
    exercise of due diligence and the need for counsel to conduct further investigation.
28
```

[PROPOSED] ORDER EXCLUDING TIME
CR 09-0909 MHP

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 2, 2009, to November 30, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 2, 2009 to November 30, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: November 2, 2009

                /s/
KATHRYN R. HAUN
Assistant U.S. Attorney

                /s/
Jesse J. Garcia
Laura K. Deskin
Counsel for Defendant

IT IS SO ORDERED.

DATED: 11/3/2009



THE HON. _____
United States

[PROPOSED] ORDER EXCLUDING TIME
CR 09-0909 MHP                           2