JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
    Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6740
E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: 09 CR 0909 MHP |
|     Plaintiff, ) | |
| v. ) | |
| ISAIAS ENRIQUE CORTES-RODRIGUEZ, ) | [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 30, 2009, TO JANUARY 11, 2010 |
|     a/k/a Isaias Enrique Cortez, ) | |
|     a/k/a Isaias Enrique Cortes, ) | |
|     Defendant. ) | |

    The parties appeared before the Honorable Marilyn Hall Patel on November 30, 2009. On the motion of the parties, the Court found and held as follows:

    1.  An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 30, 2009, to January 11, 2010, in light of the need for effective preparation of the case by defendant's counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to conduct further investigation.

[PROPOSED] ORDER EXCLUDING TIME
CR 09-0909 MHP

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 30, 2009, to January 11, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 30, 2009 to January 11, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: November 30, 2009

_____/s/_____
KATHRYN R. HAUN
Assistant U.S. Attorney

_____/s/_____
Jesse J. Garcia
Laura K. Deskin
Counsel for Defendant

IT IS SO ORDERED.

DATED: 12/2/2009

THE HONORABLE MARILYN HALL PATEL
United States District Judge



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER EXCLUDING TIME
CR 09-0909 MHP                                    2