JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
    Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6740
E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ISAIAS ENRIQUE CORTES-RODRIGUEZ,<br>    a/k/a Isaias Enrique Cortez,<br>    a/k/a Isaias Enrique Cortes,<br><br>    Defendant. | Criminal No.: 09 CR 0909 MHP<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE SENTENCING FROM APRIL 12, 2010 TO APRIL 19, 2010 |

       The parties are scheduled to appear before the Honorable Marilyn Hall Patel on April 12, 2010 for sentencing of the defendant.  The parties hereby jointly move to continue that sentencing by one week, to April 19, 2010.  The reason for this is that the undersigned Assistant U.S. Attorney will be out of the country on April 12, 2010, and wishes to be present for the proceedings as she has handled the government's case since its inception and believes it will conserve prosecutorial resources to allow her to participate rather than another attorney.  In addition, it will afford the defendant's counsel additional time to prepare for sentencing.

[PROPOSED] ORDER CONTINUING SENTENCING
CR 09-0909 MHP

1  Given these circumstances, the Court hereby orders that the sentencing currently set for
2  April 12, 2010 at 9:00 a.m. be moved to April 19, 2010 at 9:00 a.m.

3  DATED: March 11, 2010

5  _____/s/_____
6  KATHRYN R. HAUN
   Assistant U.S. Attorney

7  _____/s/_____
8  Laura K. Deskin
   Counsel for Defendant

10 IT IS SO ORDERED.

12 DATED:__3/12/2010_____
13 THE HONORABLE MARILYN HALL PATEL
   United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(Seal: United States District Court, Northern District of California)

[PROPOSED] ORDER CONTINUING SENTENCING
CR 09-0909 MHP                           2